1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

Noemi Diaz,                                    NO. C 09-01761 JW

11
                    Plaintiff(s),             **ORDER REASSIGNING CASE TO A**
        v.                                     **MAGISTRATE JUDGE FOR ALL**
12                                             **PURPOSES**

Mann Bracken, LLP et al,

13
                    Defendant(s).
14   _____/

15        The Court having reviewed the parties' joint case management conference statement (Docket
     Item No. 17) finds that the parties' have consented to proceed before a United States Magistrate
16   Judge for all purposes.
          The Court terminates as MOOT the parties' stipulation to continue the November 23, 2009
17   Case Management Conference (Docket Item No. 13) and any remaining pending deadlines and
     hearings based on the impending reassignment.  The Clerk of Court shall reassign this case to a
18   Magistrate Judge for all purposes.

19

20   Dated:  November 19, 2009
                                               _____
21                                             JAMES WARE
                                               United States District Judge
22
23
24
25
26
27
28

*United States District Court*
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Birgit Dachtera Stuart bstuart@roncanterllc.com
Todd Michael Friedman tfriedman@attorneysforconsumers.com


**Dated:  November 19, 2009**                    **Richard W. Wieking, Clerk**


                                                  **By:      /s/ JW Chambers          **
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28