**\*\*E-filed 05/10/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NOEMI DIAZ

          Plaintiff,

v.

MANN BRACKEN, LLP,

          Defendant.
_____/

No. C 09-1761 RS

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

In this action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, plaintiff seeks leave to amend to name Asset Acceptance, LLC as an additional defendant. Asset Acceptance allegedly is the principal on whose behalf defendant Mann Bracken, LLP acted in undertaking the collection activities described in the complaint. No opposition to the motion has been filed. Pursuant to Civil Local Rule 7-1(b), this matter is appropriate for disposition without oral argument. Good cause appearing, the motion is granted.

Plaintiff previously submitted a stipulation relating to a settlement with the receiver now representing Mann Bracken. The parties' intentions as to when or if judgment was to be entered under that stipulation were unclear. Before the Court could act on the stipulation, it was advised

that the stipulation had been submitted erroneously.    Accordingly, the Court intends to take no further action regarding it.

Dated: 05/10/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2