*E-Filed 9/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI DIAZ, | Case No. 5:09-CV-01761-RS |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| MANN BRACKEN, LLP and ASSET ACCEPTANCE, LLC. | |
| Defendants. | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   9/2/10

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

~~[Proposed]~~ Order Granting Joint Request and Motion for Dismissal with Prejudice

1